UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　　　**CONSENT TO PROCEED BY VIDEO OR**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**TELE CONFERENCE**
　　　　-against-
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　20 Cr. ( UA )

ANDREW PERKINS
　　　　　　　　　　Defendant(s).
-------------------------------------------------------------X

Defendant <u>ANDREW PERKINS,</u> hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or _X__ teleconferencing:

__　　Initial Appearance Before a Judicial Officer

_X__　　Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___　　Bail/Detention Hearing

___　　Conference Before a Judicial Officer


<u>Andrew Perkins by *Susanne Brody*</u>　　　　　<u>　*Susanne Brody*　</u>
Defendant's Signature　　　　　　　　　　　　　　Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

<u>Andrew Perkins</u>　　　　　　　　　　　　　　　　Susanne Brody
Print Defendant's Name　　　　　　　　　　　　　Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

May 20, 2021　　　　　　　　　　　　　　　　　　_(signature)_
Date　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　Southern District of New York