U.S. Department of Justice



United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

June 1, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Andrew Perkins*, Case No. 21 Cr. 257 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter and proposed order regarding the exclusion of time in the above-referenced case.

On May 20, 2021, the defendant Andrew Perkins was arraigned on an Indictment before the Honorable Andrew E. Krause, United State Magistrate Judge. Judge Krause excluded time to June 3, 2021, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow for the parties to schedule an initial conference before Your Honor. An initial pretrial conference is scheduled for June 17, 2021. The Government respectfully requests that the Court exclude time from June 3, 2021, through June 17, 2021, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial because it would permit additional time for the parties to prepare and review discovery and discuss a pre-trial resolution.

I have been advised by Ms. Brody that the defense consents to the foregoing request. The Government respectfully encloses a proposed order excluding time.

Granted. Time is excluded, in the interests of justice, until 6/17/21, to allow Defendant and counsel to review the discovery in this case. The interests of justice from this exclusion outweigh Defendant's and the public's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

6/1/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

by: _____
Jennifer N. Ong
Assistant United States Attorney
914-993-1926

cc: Susanne Brody, Esq. (via ECF)