UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

21-CR-257

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

     For the week of March 14, 2022, the Court will hold criminal proceedings in this matter

by telephone.  To access the teleconference, please use the following information:

     Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195

     Please enter the conference as a guest by pressing the pound sign (#).

     Any requests for adjournments should be filed as soon as possible and clearly explain

why the conference should be adjourned.

SO ORDERED.

Dated:  March 11, 2022
       White Plains, New York

_____
     KENNETH M. KARAS
    United States District Judge