UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Andrew Perkins

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:21-cr-00257-KMK

Defendant   Andrew Perkins   hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

X   Conference Before a Judicial Officer Change of Plea Hearing

/s/ Andrew Perkins
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Andrew Perkins
Print Defendant's Name

_____
Defendant's Counsel's Signature

Elizabeth K. Quinn
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/15/22
Date

_____
U.S. District Judge/U.S. Magistrate Judge